UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FAUSTO PAZ,<br><br>  Defendant. | CASE NO. CR20-217 JCC<br><br>DETENTION ORDER |

Offenses charged:

1. Conspiracy to Distribute controlled substances

2. Possession with Intent to Distribute methamphetamine

Date of Detention Hearing:   July 27, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant poses a risk of flight based on his significant ties to Mexico and lack of material connections to the United States. He does not own a home or other assets aside from his truck. He has traveled to Mexico multiple times per year, with his most recent visit a week before his arrest, and he has relatives living there. Defendant has no connection or ties to the Western District of Washington. Defendant is a danger to the community based on the nature of the alleged offense which involved the smuggling of a very large quantity of methamphetamine. He also demonstrates a history of driving under the influence, and was under supervision for a reckless driving conviction at the time of these alleged offenses.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 28th day of July, 2021.

*signature*

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3